[Cite as *Fiorino v. Ohio Dept. of Transp., Dist. 12*, 2011-Ohio-2756.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

NICOLE M. FIORINO

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION, DISTRICT 12

    Defendant

    Case No. 2010-13032-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On December 27, 2010, plaintiff, Nicole Fiorino, filed a complaint against defendant, Department of Transportation. On February 18, 2011, plaintiff submitted a letter requesting that her claim be dismissed since she has reached a settlement agreement with Anthony Allega Cement Contractors, defendant's agents. Plaintiff's letter is considered a motion to dismiss and is GRANTED. Plaintiff's case is DISMISSED. The court shall absorb the court costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Nicole M. Fiorino
6345 Mentor Park Blvd.
Mentor, Ohio 44060

Ohio Department of Transportation,
District 12
5500 Transportation Blvd.
Garfield Hts., Ohio 44125

DRB/laa
2/22
Filed 3/10/11
Sent to S.C. reporter 5/27/11